## GERLACH LIVE STOCK CO. Et Al. *v.* LAXALT
### No. 2792 (See 52 Nev. 191)
### ON PETITIONS FOR REHEARING
July 2, 1930.

*Per Curiam:*

Rehearing granted.

## MARKWELL *v.* DOWNS Et Al.
### No. 2888 (See 52 Nev. 372)
### ON PETITION FOR REHEARING
September 5, 1930.

*Per Curiam:*

Rehearing denied.